UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

1800 FEE OWNER LLC, et al.,

                            **Plaintiffs,**            21-CV-09354 (AJN)(SN)

      -against-                                        **ORDER**

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                          **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 31, 2022, the Honorable Alison J. Nathan referred this case to me for general pretrial supervision and for a report and recommendation as to Defendants' motion to dismiss, ECF No. 22. In light of Plaintiffs' filing their first amended complaint, ECF No. 29, Defendants shall file a letter by March 10, 2022, informing the Court whether they intend to file an answer, file a new motion to dismiss, or rely on their current motion to dismiss. If Defendants intend to file a new motion to dismiss, the letter should propose a briefing schedule.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

Dated:       March 7, 2022
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2022