**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3441

WRITER'S DIRECT FACSIMILE
(212) 492-0441

WRITER'S DIRECT E-MAIL ADDRESS
glaufer@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/10/2022

MATTHEW W. ABBOTT, EDWARD T. ACKERMAN, JACOB A. ADLERSTEIN, JUSTIN ANDER[SON], ALLAN J. ARFF[A], JONATHAN H. [ASHTAR], ROBERT A. ATK[INS], SCOTT A. BARS[HAY], PAUL M. BASTA, J. STEVEN BAU[GHMAN], LYNN B. BAYAR[D], CRAIG A. BENS[ON], JOSEPH J. BIAL, BRUCE BIRENBOIM, H. CHRISTOPH[ER BOEHNING], BRIAN BOLIN, ANGELO BONVI[NO], ANDRE G. BOU[CHARD], GERALD BRAN[T], ROBERT A. BRITTON, DAVID W. BROWN, WALTER F. BROWN*, SUSANNA M. BUERGEL, JESSICA S. CAREY, DAVID CARMONA, GEOFFREY R. CHEPIGA, ELLEN N. CHING, WILLIAM A. CLAREMAN, LEWIS R. CLAYTON, YAHONNES CLEARY, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, THOMAS V. DE LA BASTIDE III, MEREDITH R. DEARBORN*, ARIEL J. DECKELBAUM, KAREN L. DUNN, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P. FINNEGAN, ROBERTO FINZI, PETER E. FISCH, HARRIS FISCHMAN, ANDREW J. FOLEY, VICTORIA S. FORRESTER, HARRIS B. FREIDUS, CHRISTOPHER D. FREY, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, NEIL GOLDMAN, MATTHEW B. GOLDSTEIN, ROBERTO J. GONZALEZ*, CATHERINE L. GOODALL, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRIAN S. GRIEVE, UDI GROFMAN, NICHOLAS P. GROOMBRIDGE, BRUCE A. GUTENPLAN, MELINDA HAAG*, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, BRIAN S. HERMANN, JOSHUA HILL JR., MICHELE HIRSHMAN, JARRETT R. HOFFMAN, ROBERT HOLO, DAVID S. HUNTINGTON, AMRAN HUSSEIN, LORETTA A. IPPOLITO, WILLIAM A. ISAACSON*, JAREN JANGHORBANI, BRIAN M. JANSON, JEH C. JOHNSON, BRAD S. KARP, PATRICK N. KARSNITZ, JOHN C. KENNEDY, BRIAN KIM, KYLE J. KIMPLER, JEFFREY L. KOCHIAN, ALEXIA D. KORBERG, ALAN W. KORNBERG, DANIEL J. KRAMER, [...], JUDIE NG SHORTELL*, CATHERINE NYARADY, JANE B. O'BRIEN, BRAD R. OKUN, LINDSAY B. PARKS, ANDREW M. PARLEN, DANIELLE C. PENHALL, CHARLES J. PESANT, JESSICA E. PHILLIPS*, AUSTIN S. POLLET*, VALERIE E. RADWANER, JEFFREY J. RECHER, CARL L. REISNER, LORIN L. REISNER, JEANNIE S. RHEE*, WALTER G. RICCIARDI, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JUSTIN ROSENBERG, JACQUELINE P. RUBIN, CHARLES F. "RICK" RULE*, RAPHAEL M. RUSSO, ELIZABETH M. SACKSTEDER, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JOHN M. SCOTT, BRIAN SCRIVANI, KYLE T. SEIFRIED, KANNON K. SHANMUGAM*, CULLEN L. SINCLAIR, AUDRA J. SOLOWAY, SCOTT M. SONTAG, SARAH STASNY, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, BRETTE TANNENBAUM, RICHARD C. TARLOWE, DAVID TARR, MONICA K. THURMOND, DANIEL J. TOAL, LAURA C. TURANO, CONRAD VAN LOGGERENBERG, KRISHNA VEERARAGHAVAN, JEREMY M. VEIT, LIZA M. VELAZQUEZ, MICHAEL VOGEL, RAMY J. WAHBEH, JOHN WEBER, LAWRENCE G. WEE, THEODORE V. WELLS, JR., LINDSEY L. WIERSMA, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, AUSTIN WITT, MARK B. WLAZLO, ADAM WOLLSTEIN, JULIA TARVER MASON WOOD, JENNIFER H. WU, BETTY YAP*, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, TAURIE M. ZEITZER, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

March 8, 2022

**VIA ECF**
Hon. Sarah J. Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *1800 Fee Owner LLC* v. *Metropolitan Transportation Authority*,
             No. 1:21-cv-09354-AJN-SN

Dear Magistrate Judge Netburn:

      Pursuant to the Court's March 7, 2022 Order, Defendants Metropolitan Transportation Authority, MTA Construction and Development Company, and New York City Transit Authority (collectively "Defendants") write to inform the Court that Defendants intend to file a new motion to dismiss. Defendants, with Plaintiffs' consent, propose the following briefing schedule: (1) Defendants will file their motion to dismiss on or before April 8, 2022; (2) Plaintiffs will file their opposition papers on or before April 29, 2022; and (3) Defendants will file their reply papers on or before May 16, 2022.

      We thank the Court for its consideration of the requested schedule, and are available at the Court's convenience to answer any questions.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Respectfully submitted,

*/s/ Gregory F. Laufer*

Gregory F. Laufer

cc: All counsel of record (via ECF)

---

The parties' briefing schedule is ADOPTED. Defendants' motion to dismiss is due by April 8, 2022. Plaintiffs' opposition is due by April 29, 2022. Defendants' reply, if any, is due by May 16, 2022. The Clerk of Court is directed to terminate the motion at ECF No. 22 as moot.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: March 9, 2022
New York, New York