UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

1800 FEE OWNER LLC, et al.,

                                       Plaintiffs,

                  -against-

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                                       Defendants.

-----------------------------------------------------------------X

21-CV-09354 (AT)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2022

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Friday, September 16, 2022, at 10:00 a.m., and will be held in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, September 9, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:    July 7, 2022
                New York, New York