```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

1800 FEE OWNER LLC, et al.,

                            **Plaintiffs,**                    21-CV-09354 (AT)(SN)

     -against-                                          **ORDER**

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                            **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Friday, November 4, 2022, at 11:00 a.m. to update the Court as to the status of the settlement agreement. At that time, the parties or their counsel should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      October 31, 2022
                 New York, New York