UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

1800 FEE OWNER LLC, et al.,

                                      **Plaintiffs,**               21-CV-09354 (AT)(SN)

       -against-                                              **ORDER**

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                                      **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The conference currently scheduled for Friday, October 31, 2022, at 11:00 a.m. is RESCHEDULED for Monday, November 7, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      November 1, 2022
               New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/1/2022*