```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/12/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1800 FEE OWNER LLC, 1801 PARK AVENUE ACQUISITION LLC and 1815 PARK AVENUE ACQUISITION LLC,

                  Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, MTA CONSTRUCTION AND DEVELOPMENT COMPANY, and NEW YORK CITY TRANSIT AUTHORITY,

                  Defendants.

21 Civ. 9354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' stipulation of voluntary dismissal. ECF No. 61. By **April 14, 2023**, the parties shall revise the stipulation to indicate whether it is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties are further directed to edit the signature page to include the undersigned's name, not the Honorable Sarah Netburn's.

      SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge